FILED
DES MOINES, IOWA

04 APR 21 PM 2:46

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>COUNCIL 61, AMERICAN<br>FEDERATION OF STATE, COUNTY<br>AND MUNICIPAL EMPLOYEES,<br>AFL-CIO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>**4:04-CV-90227** |

## COMPLAINT

Plaintiff Elaine L. Chao, Secretary of Labor alleges as follows:

## NATURE OF THE ACTION

1. Plaintiff brings this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481 - 483, hereinafter referred to as the Act.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 482(b), 28 U.S.C. §1331, and 28 U.S.C. § 1345.

3. Venue lies in this district pursuant to 29 U.S.C. § 482(b) and 28 U.S.C. § 1391 (b).

## PARTIES

4. Plaintiff, Elaine L. Chao, is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action under 29 U.S.C. § 482(b).

5. Defendant, Council 61, American Federation of State, County and Municipal Employees, AFL-CIO, is, and at all times relevant to this action has been, an unincorporated

association maintaining its principal office at 4320 N.W. Second Avenue, Des Moines, Iowa, within the jurisdiction of this Court.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, an intermediate labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i), 402(j) and 481(d).

7. Defendant is, and at all times relevant to this action has been, chartered by and subordinate to the American Federation of State, County and Municipal Employees, AFL-CIO, (hereinafter referred to as the International), an international labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i) and 402(j).

8. Defendant, purporting to act pursuant to the International's Constitution and Bylaws, conducted an election of officers on July 26, 2003, which election was subject to the provisions of 29 U.S.C. §§ 481-483.

9. In a letter to the Council's Election Committee, dated July 31, 2003, complainant Mary Cannon-James, a member in good standing of defendant, protested the defendant's July 26, 2003, election.

10. On August 29, 2003, the Council's Election Committee recommended that the protest be denied.

11. On September 4, 2003, complainant Cannon-James appealed the decision of the Election Committee to the International's Judicial Panel.

12. In a report dated October 22, 2003, the Judicial Panel denied the appeal.

13. In a letter dated October 30, 2003, complainant Cannon-James appealed the decision of the Judicial Panel to the International's Full Judicial Panel.

14. Having invoked the available remedies for three calendar months without receiving a final decision, complainant Cannon-James filed a timely complaint with the Secretary of Labor on November 18, 2003, in accordance with the provisions of 29 U.S.C. § 482(a)(2).

15. In a letter to the Council's Election Committee, dated August 4, 2003, the complainants Kenneth Kincaid, Robert Terry, and Robb White, members in good standing of defendant, protested the defendant's July 26, 2003, election.

16. On August 29, 2003, the Council's Election Committee recommended that the protest be denied.

17. On September 9, 2003, complainants Kincaid, Terry, and White appealed the decision of the Election Committee to the International's Judicial Panel.

18. In a report dated October 22, 2003, the Judicial Panel denied the appeal.

19. On October 31, 2003, complainants Kincaid, Terry, and White appealed the decision of the Judicial Panel to the International's Full Judicial Panel.

20. Having invoked the available remedies for three calendar months without receiving a final decision, complainants Kincaid, Terry, and White filed a timely complaint with the Secretary of Labor on November 17, 2003, in accordance with the provisions of 29 U.S.C. § 482(a)(2).

21. The defendant agreed that the time within which the plaintiff may bring suit with respect to the defendant's aforesaid election be extended from January 16, 2004 and January 20, 2004 to April 21, 2004.

22. Pursuant to 29 U.S.C. § 521, and in accordance with section 29 U.S.C. § 482(b), the plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that violations of 29 U. S.C. §§ 481 - 483 had occurred in the conduct of the defendant's July 26, 2003, election that may have affected the outcome of the election, and that bad not been remedied at the time of the institution of this action.

23. Defendant violated 29 U.S.C. § 481 (e) during its aforesaid election when:

(a)   members in good standing of at least thirty-three of its member local unions were denied the night to vote because they were not mailed an election notice;

(b)   members of at least thirty-three of its member local unions were not provided nominations and election notice as required under the International's Constitution.

24. The violations of 29 U.S.C. § 481(e) found and alleged above may have affected the outcome of the defendant's July 26, 2003, election, for all offices.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment:

(a) declaring defendant's election for all offices null and void;

(b) directing defendant to conduct a new election for all offices, under the supervision of the plaintiff,

(c) for the costs of this action; and

(d) for such other relief as may be appropriate.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

STEPHEN PATRICK O'MEARA
United States Attorney

By:

*Maureen McGuire*

Maureen McGuire
Assistant U.S. Attorney
U.S. Courthouse Annex
I 10 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Tel: 515-323-2845
Fax: 515-284-6492
E-Mail: maureen.mcguire@usdoj.gov

Attorneys for Plaintiff

Of Counsel:

HOWARD M. RADZELY
Solicitor of Labor

NATHANIEL I. SPILLER
Acting Deputy Associate Solicitor
  for Labor-Management Laws

MICHAEL A. STABLER
Regional Solicitor

ANDREW D. AUERBACH
Counsel for Labor-Management Programs

FREDERICK BOWEN
Attorney

U. S. Department of Labor

5