UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ELAINE CHAO, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 4-04-CV-90227 |
| | ) | |
| v. | ) | |
| | ) | |
| AFSCME COUNCIL 61 | ) | CONSENT DECREE |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by the parties, through their respective counsel, to enter into this Consent Decree in resolution of this lawsuit and agree to the following:

1. A Complaint was filed by the Secretary of Labor, alleging violations of Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§481-483. The Department of Labor conducted an investigation of complaints arising from the AFSCME/Iowa Council 61 elections held on July 26, 2003.

2. The Department of Labor alleged in the Complaint that Defendant was in violation of 29 U.S.C. §481(e) when at least thirty-three (33) locals within the Council failed to mail a nomination and election notice to their local members for the local delegate elections of the 2003 election of Council officers. The Complaint does not include any allegations against any officer of AFSCME/Iowa Council 61.

3. The parties have agreed on terms to settle this action without the need for trial. By entering into this Consent Decree, the Defendant does not admit that a violation has occurred or that any member filed a properly exhausted complaint with the Department of Labor.

4. The parties agree to resolve this action as follows:

A. The election of offices for the period from July 2005 to July 2007 presently set for July 10, 2005, shall be under the supervision of the Department of Labor. This includes supervision of all aspects of the nomination and election of delegates by the Council locals and the nomination and election of the Council President, Executive Vice-President, Secretary, Treasurer and twenty-one (21) District Vice-Presidents. The supervision may include the presence of representatives of the Department of Labor at any or all local elections.

(i). The supervised election shall be conducted in accordance with 29 U.S.C. §§ 481, *et seq.* and, insofar as lawful, in accordance with the AFSCME Constitution and the constitution and bylaws of the Council.

(ii). Any dispute arising during the course of the supervised election as to the legality or the practicability of any election procedure shall be decided by the representative of the Department of Labor. Any aggrieved parties shall have the right to appeal a decision of the Department of Labor representative according to law and, where applicable, according to the AFSCME Constitution.

(iii). The Defendant agrees to provide to the Department of Labor any information deemed necessary by the Department of Labor to conduct the supervision of the elections.

B. The nomination and election notice that is required by the AFSCME Constitution and by Council 61 to be mailed to local members for the local delegate elections will be timely mailed by AFSCME/Iowa Council 61 under the supervision of the Department of Labor.

C. The identity of the Election Committee Members or Chairperson appointed by the President of AFSCME/Iowa Council 61, in accordance with the Council's Constitution, will be

provided to the Department of Labor within thirty (30) days of the date this Consent Decree is filed with the Court.

5. Nothing in this Consent Decree prevents the Defendant from conducting elections for any positions, other than those listed above, that are not covered by the Labor Management Reporting and Disclosure Act (LMRDA) or conducting any other AFSCME/Iowa Council 61 business at the 2005 convention.

6. Any information or notification that is required to be provided to the Department of Labor, unless directed otherwise, shall be provided to Dennis Eckert, U.S. Department of Labor, Office of Labor-Management Standards, 1222 Spruce Street, St. Louis, MO, 63103; Tel: (314) 539-2667; Fax: (314) 539-2626.

7. The parties will each bear their own costs, including attorney's fees.

8. Upon approval and entry of this Consent Decree by the Court, this Consent Decree will constitute a final judgment of the claims settled herein.

For ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

Matthew G. Whitaker
United States Attorney

By: *Maureen McGuire*

Maureen McGuire
Assistant United States Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 323-2845
Fax: (515) 284-6281
Email: Maureen.McGuire@usdoj.gov


For AFSCME/IOWA COUNCIL 61

*Jan Corderman*

Jan Corderman, President
AFSCME/ Iowa Council 61

*Michael E Hansen*

Michael E. Hansen
General Counsel
AFSCME/ Iowa Council 61
4320 NW 2nd Avenue
Des Moines, Iowa 50313
Tel: (515) 246-1517, ext.14
Fax: (515) 244-6467
Email: mhansen@afscmeiowa.org