## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| ELAINE CHAO, | ) | |
| | ) | |
| Plaintiff, | ) | 4-04-cv-90227 |
| | ) | |
| v. | ) | |
| | ) | |
| AFSCME COUNCIL 61 | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to the terms of the Consent Decree as signed by the parties and filed with this Court, the Consent Decree is hereby approved and entered by this Court.

**IT IS SO ORDERED**

Dated this ___22nd___ day of November, 2004.

_____
ROBERT W. PRATT
U.S. DISTRICT JUDGE