**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| **ELAINE CHAO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | NO.  4-04-CV-90227 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AFSCME COUNCIL 61** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF CERTIFICATION OF ELECTION**

Pursuant to 29 U.S.C. §481(c), the Secretary of Labor provides this Notice of Certification of Election, stating as follows:

1.   On April 21, 2004, the Secretary of Labor filed a Complaint against AFSCME Council 61 under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§481-483.

2.   The parties entered into a Consent Decree which provided for a supervised election in accord with 29 U.S.C. §481, *et seq.*   The Court entered an Order approving and entering the Consent Decree on November 22, 2004.

3.   The supervised election was held in July 2005.  29 U.S.C. §481(c) provides that the Secretary shall certify to the Court the names of the persons elected.  In compliance therewith, this Notice of Certification of Election, with attached Certification of Election, ( Exhibit 1), is filed with the Court.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney


By:  */s/ Maureen McGuire*
Maureen McGuire
Assistant United States Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 323-2845
Fax: (515) 284-6281
Email: Maureen.McGuire@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2005, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following on October 25, 2005:

Michael Hansen

*/s/ Maureen McGuire*
Maureen McGuire
Assistant U.S. Attorney

copy:   Michael Hansen
General Counsel
AFSCME, Council 61