UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO<br>Secretary of Labor,<br>United States<br>Department of Labor,<br>200 Constitution Avenue, N.W.<br>Washington, D.C.  20210,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>COUNCIL 61, AMERICAN FEDERATION<br>OF STATE, COUNTY & MUNICIPAL<br>EMPLOYEES (AFSCME)<br>4320 NW 2nd Avenue<br>Des Moines, Iowa 50513,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:04-CV-90227<br><br>CERTIFICATION OF ELECTION |

The election having been conducted in the above manner under the supervision

of the Secretary of Labor, United States Department of Labor, pursuant to an Order and

Consent Decree entered November 22, 2004, in the United States District Court for the

Southern District of Iowa, Central Division, in accordance with the provisions of Title

IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-

483), and in conformity with the Constitution and Bylaws of the defendant labor

organization, insofar as lawful and practicable, therefore:

1

EXHIBIT  1<br>Page  1  of  7 .

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| President | Dan Homan |
| Vice-President | Chris Tripp |
| Secretary-Treasurer | Mark Condon |
| Trustees (3) | Steve Cotter |
| | Dave Hawkins |
| | Bob Spring |

District 1 Vice Presidents

| | |
|---|---|
| State/Courts | Bob Straker |
| CCSP | Linda Rupe |
| At Large (2) | Roger Middleton |
| | Cindy Valin |

District 2 Vice Presidents

| | |
|---|---|
| State/Courts | John Sprott |
| CCSP | Sherri Breckenridge |
| At Large (2) | Ed Martin |
| | Matt Butler |

District 3 Vice Presidents

| | |
|---|---|
| State/Courts | Deb Duncan |
| CCSP | Garland Treloar |
| At Large (2) | Carolee Philpott |
| | Janet Hansen |

2

EXHIBIT  1
Page 2 of 7.

District 4 Vice Presidents

| | |
|---|---|
| State/Courts | Scherry Tichy |
| CCSP | Wayne Clymer |
| At Large (2) | Rod Baker |
| | Lynne Pothast |

District 5 Vice Presidents

| | |
|---|---|
| State/Courts | Curt Moore |
| CCSP | Sheri Riney |
| At Large (3) | Mike Fraise |
| | Stephen Quinn |
| | Jan Varner |

Attached is a declaration setting forth the protest concerning violations which were alleged to have occurred in the conduct of the election and the findings of the investigation of this protest.

Signed this __3rd__ day of October 2005.

_Patricia Fox_

PATRICIA FOX
Acting Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor
Tel: (202) 693-1204
Fax: (202) 693-1343
Email: Fox.Patricia@dol.gov

3

EXHIBIT __1__
Page __3__ of __7__.

## DECLARATION OF PATRICIA M. FOX

City of Washington      )

                               )      SS

District of Columbia      )

I, Patricia M. Fox, declare as follows:

I am the Acting Chief of the Division of Enforcement, Office of Labor-Management Standards (OLMS), United States Department of Labor (Department). I caused an investigation to be made into the protest concerning violations of the Labor-Management Reporting and Disclosure Act of 1959 (Act or LMRDA), alleged to have occurred during the election of officers of Council 61 of the American Federation of State, County and Municipal Employees ("AFSCME") completed at a convention of delegates on July 9, 2005. The election was conducted under the supervision of the Department pursuant to a Consent Decree approved by Robert W. Pratt of the U.S. District Court for the Southern District of Iowa on November 22, 2004.

Allegation:

In a July 22, 2005 protest, Lynne Pothast, a candidate for District Four Vice President at Large alleged that her name was misspelled on the ballot.

Answer:

The investigation conducted by the Department confirmed that the letter "e" was left off Ms. Pothast's first name on the ballot. The investigation, however, uncovered no evidence that this

EXHIBIT 1
Page 4 of 7.

error caused any confusion among the District voters.  Indeed, as explained below, Ms. Pothast won the election for Vice President at Large for District Four.

Allegation:

Pothast alleged that the instructions "vote for up to two" candidates were left off the ballot for District Four Vice President at Large.

Answer:

The investigation confirmed that the instructions were left off the ballot.  However, the investigation indicated that election officials noticed the omission early in the voting process. The officials then instructed the delegates when they received their ballots that they were allowed to vote for up to two candidates for District Four Vice President at Large.  Therefore, while the omission of the ballot instructions violated the Act, it was remedied at the time of the election.

Allegation:

Pothast alleged that the tally for District Four Vice President at Large was inaccurate.  She also gave examples of several delegates from different locals who claimed that they had voted for her, but whose votes could not have been reflected in the low final vote totals.



EXHIBIT _____ /
Page __2__ of __7__.

Answer:

As a result of this allegation, Department investigators opened the election records, which had been properly sealed following the tally, on July 12, 2005. This examination of the records revealed that in one instance two separate stacks of voted ballots were banded together with their respective tally sheets on top of each stack of ballots. Further examination indicated that the officials counting the votes for the District Four Vice President at Large had only included the votes from the top stack of ballots as reflected on the tally sheet on top of the stack in the final tally. The officials inadvertently had failed to include the tally sheet and the votes from the bottom stack.

The Department decided to conduct a recount for all offices because of this mistake. The Department conducted the recount on July 28, 2005 after contacting all concerned parties to allow them to observe the recount.

The recount changed the vote totals in two races, District Two Vice President at Large and District Four Vice President at Large. The recount, however, only changed the outcome of the District Four race. The recount results were:

| District 4 VP-Large (2) | Original | Recount |
|---|---|---|
| Lynne Pothast | 645 | 1,420 |
| Rod Baker | 670 | 1,320 |
| Joseph Henry | 1,045 | 1,045 |



EXHIBIT  /
Page 6 of 7

3

As a result of the recount, the Department determined that Ms. Pothast and Mr. Beck won the positions as District Four Vice Presidents at Large. The Department received no other protests concerning the election or the recount.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of October 2005, in the City of Washington, District of Columbia.

*Patricia M. Fox*

Patricia M. Fox
Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

EXHIBIT  /
Page 7 of 7.